UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julio Santos,

                    Plaintiff,                25-cv-9522 (JGK)

        - against -                           ORDER

KHRG 851 LLC, et al.,

                    Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

February 24, 2026.

SO ORDERED.

Dated:    New York, New York
          February 10, 2026

                                        John G. Koeltl
                              United States District Judge