UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JULIO SANTOS,

                Plaintiff(s)

         -against-

KHRG 851 LLC, et al,

                Defendant(s).
-------------------------------------------------------------X

                25 civ 9522 (JGK)

**ORDER**

The conference scheduled for Wednesday, March 11, 2026, at 4:00pm, is canceled.

**SO ORDERED.**

                _____
                **JOHN G. KOELTL**
                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      March 5, 2026